IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RACQUEL JEFFERSON                                                    PLAINTIFF

v.                                              CIVIL ACTION NO. 1:20-cv-00249-GHD-DAS

DISMAS CHARITIES, INC.                                       DEFENDANT

### ORDER TO SHOW CAUSE

Presently before the Court is the Defendant's motion to dismiss or, in the alternative, to compel discovery responses from the Plaintiff [21]. Upon due consideration, the Court finds that the motion should be granted to the extent that it seeks to require the Plaintiff to prosecute this action and participate in discovery or face dismissal of her claims.

On December 14, 2020, the Plaintiff, who was represented at the time by counsel, filed a complaint against the Defendant asserting that the Defendant violated her rights under Title VII of the Civil Rights Act of 1964 by subjecting her to, *inter alia*, unlawful sex discrimination [1]. On August 27, 2021, the Plaintiff's counsel withdrew from this action [18]. In its Order granting Plaintiff's counsel leave to withdraw, the Court directed the Plaintiff to procure new counsel or inform the Court of her intent to proceed *pro se* by September 27, 2021 [18]. The Court further warned the Plaintiff that "failure to comply with the orders of the court, to timely prosecute this action, and/or failure to keep the court advised of her current address may result in dismissal of this action." [18]. Since that date, the Plaintiff has made no contact with the Court or with Defendant's counsel and has wholly failed to prosecute this action.

Accordingly, the Court hereby ORDERS that the Defendant's motion to dismiss or, in the alternative, to order the Plaintiff to prosecute this action [21] is GRANTED IN PART. The Court hereby ORDERS the Plaintiff to SHOW CAUSE as to why this matter should not be dismissed

due to her failure to participate in discovery, her failure to inform the Court of her status as represented by counsel or proceeding *pro se*, and her failure to otherwise prosecute this action and comply with the Court's orders. The Plaintiff shall have fourteen (14) days from the entry of this order to show cause or this matter shall be dismissed without prejudice.

SO ORDERED, this, the 17th day of February, 2022.

_____
SENIOR U.S. DISTRICT JUDGE